**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JACINTO PARRAGA SEVILLANO, | Civil Action No. 26-2967 (ZNQ) |
| Petitioner, | |
| v. | **ORDER** |
| PAMELA BONDI, *et al.*, | |
| Respondents. | |

This matter comes before the Court on Petitioner's petition for a writ of habeas corpus (ECF No. 1) and motion seeking a temporary restraining order.  (ECF No. 2.)  As this Court has considered Petitioner's habeas petition and motion in accordance with Rule 4 of the Rules Governing Section 2254 Cases, applicable to § 2241 through Rule 1(b), and determined that dismissal prior to submission of an answer is not warranted, the Government shall be directed to file an answer to the petition.

**IT IS THEREFORE** on this 24th day of March 2026,

**ORDERED** that Respondents Charles, Bondi, Lyons, and Noem are dismissed without prejudice from this matter as the proper respondent in a petition brought under 28 U.S.C. § 2241 is the warden of the facility where the detainee is currently being held, in this case the remaining Respondent Luis Soto, *see Rumsfeld v. Padilla*, 542 U.S. 426, 436 (2004); *Yi v. Maugans*, 24 F.3d 500, 507 (3d Cir. 1994); it is further

**ORDERED** that the Clerk of the Court shall serve copies of the petition (ECF No. 1), Petitioner's motion (ECF No. 2), and this Order, upon Respondent Soto by regular mail, with all costs of service advanced by the United States; it is further

**ORDERED** that the Clerk of the Court shall forward a copy of the petition, motion, and this Order, to Chief, Civil Division, United States Attorney's Office, at the following email address: USANJ-HabeasCases@usdoj.gov; it is further

**ORDERED** that, within 10 days after the date of entry of this Order, Respondent shall electronically file a full and complete answer to the petition and motion, which responds to the factual and legal allegations of the Petition paragraph by paragraph; it is further

**ORDERED** that the answer shall state the statutory authority for Petitioner's detention,[1] *see* 28 U.S.C. § 2243; it is further

**ORDERED** that Respondent shall raise by way of the answer any appropriate defenses which Respondent wishes to have the Court consider, including, but not limited to, exhaustion of administrative remedies, and also including, with respect to the asserted defenses, relevant legal arguments with citations to appropriate legal authority; it is further

**ORDERED** that Respondent shall electronically file with the answer certified copies of the administrative record and all other documents relevant to Petitioner's claims; and it is further

**ORDERED** that Petitioner may file and serve a reply in support of the Petition within 5 days after the answer is filed; it is further

---

[1] In his petition, Petitioner provides documents that indicate that he was lawfully admitted to the United States on a visitor visa, and ultimately overstayed, suggesting that his detention arises under 8 U.S.C. § 1226(a). Petitioner alleges, however, that he has yet to receive a bond hearing and that he believes he may be being treated as if subject to detention under 8 U.S.C. § 1225(b). In responding to the Petition, the Government shall clarify its position as to the statute authorizing his detention, and, to the extent it contends Petitioner is detained pursuant to 8 U.S.C. § 1226(a), shall provide an explanation regarding the reason Petitioner has yet to receive a bond hearing, including whether Petitioner has filed any necessary documents requesting a bond redetermination.

**ORDERED** that, within 7 days after any change in Petitioner's custody or immigration status, be it a final order of removal or otherwise, Respondent shall electronically file a written notice of the same with the Clerk of the Court; it is further

**ORDERED** that the Government shall not transfer Petitioner out of New Jersey until this Court issues a decision in this matter; it is further

**ORDERED** that ICE shall file a declaration, signed under penalty of perjury, either by hand or electronically, by either the Newark Field Office Director or by the Newark Field Office Deputy Director, that indicates that ICE has (i) received this Court's Order prohibiting Petitioner's transfer from New Jersey; and (ii) received written legal advice from the United States Attorney's Office on the subject of ICE's obligation to comply with that Order; the declaration shall be filed on the public docket of the Court on or before **2:00 p.m. EDT on March 24, 2026**; it is further

**ORDERED** that the United States Attorney's Office shall immediately file a letter on the Court's public docket if an Order of the Court is violated in connection with this case; and it is further

**ORDERED** that the Clerk of the Court shall serve a copy of this Order upon Petitioner electronically.

        s/ Zahid N. Quraishi
**ZAHID N. QURAISHI**
**UNITED STATES DISTRICT JUDGE**